# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENETTA L. BRACY, on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>DG HOSPITALITY VAN NUYS, LLC; THE SPEARMINT RHINO COMPANIES WORLDWIDE, INC.; SPEARMINT RHINO CONSULTING WORLDWIDE, INC.; DAMES N' GAMES; JOHN DOES #1-10; and XYZ CORPORATIONS #1-10,<br><br>　　　　　　　Defendants. | Case No. 5:17-cv-00854-JGB (KKx)<br><br>[Assigned for All Purposes to The Hon. Jesus G. Bernal]<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO FURTHER STAY**<br><br>Date Action Filed: May 3, 2017<br>Trial Date: NONE |

ORDER GRANTING MOTION TO FURTHER STAY

**TO THE PARTIES AND THEIR COUNSEL OF RECORD:**

Having considered the Joint Status Report and Motion to Further Stay filed by Plaintiffs Jenetta Bracy and Houston Isabelle and Defendants DG Hospitality Van Nuys, LLC; The Spearmint Rhino Companies Worldwide, Inc.; Spearmint Rhino Consulting Worldwide, Inc.; and Rouge Gentlemen's Club, Inc. hereby finds there is Good Cause to enter a further stay of this action until this Court rules on an anticipated motion for final approval of a settlement in *Byrne v. Santa Barbara Hospitality Services, Inc., et al.*, Case No. 5:17-cv-00527 JGB (KK) ("*Byrne*"). At that hearing on the motion for final approval, this stay can be addressed and reconsidered by the Court.

**IT IS SO ORDERED:**

Dated:  November 8, 2017

The Honorable Jesus G. Bernal
United States District Court Judge

Presented by:

/s/ *Peter E. Garrell*
Peter E. Garrell
Counsel for Defendants
DG HOSPITALITY VAN NUYS, LLC;
THE SPEARMINT RHINO COMPANIES WORLDWIDE, INC.;
SPEARMINT RHINO CONSULTING WORLDWIDE, INC.;
AND ROUGE GENTLEMEN'S CLUB, INC.